18 So.2d 293

### Grady SCOGGINS v. STATE.

#### 7 Div. 758.

Court of Appeals of Alabama.

May 23, 1944.

Merrill, Merrill & Vardaman, of Anniston, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.

This is a companion case of Bennett v. State, ante, p. 435, 18 So.2d 291, decision in which latter case, under agreement of parties, should control the instant one. On authority of the affirmance this day ordered in the Bennett case, the one at bar is likewise affirmed.

Affirmed.